**Order entered March 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-00126-CV

### MEENAKSHI S. PRABHAKAR, M.D AND
### INFECTIOUS DISEASE DOCTORS, P.A., Appellants

### V.

### DAVID FRITZGERALD, Appellee

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 05-08507-H**

## ORDER

Before the Court is appellants' motion to continue the abatement of this appeal. The Court **ORDERS** counsel for appellee to respond to the matters asserted in appellants' motion within **SEVEN DAYS** from the date of this order, or **by 5:00 pm on Monday, March 18, 2013**. The mailbox rule does not apply.

/s/     ELIZABETH LANG-MIERS
        JUSTICE